U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 8 2021
CLERK, U.S. DISTRICT COURT
By: 2:02pm ps
Deputy

4-21 CV-440-P

Declaration For Holli Wrice / 42 U.S.C. 1983 Lawsuit.

## Detention of Verification

I understand declarations swears and declares that the facts in this document are Legitimate and the complaint is true to the best of my knowledge and belief.

I have contracted covid, and suffered due to the gross negligence, lack of empathy, deliberate Indifference, and the Ineffective response, to stop the spread of covid at the Hands of Warden Michael Carr and His administrator/staff, at Federal Medical Center Carswell. From March 2020 to current March 2021. The living conditions has truly decline, and placing my health in peril.

I'm currently at F.M.C. Carswell. I arrived September 2015 For the Life Connections Program, Inwhich I did complete and graduated. I am serving a lengthy Sentence for armed bank robbery, However, no one on my case suffered any substantiated bodily Injuries. I was not given a death sentence, or ordered to be subjected to Cruel and unusual punishment. Carswell, has become breeding grounds for covid. They can not Contain the spread of the virus, and they do not have a coherent plan to protect its Inmates, especially medically vunerable inmates such as myself. Carswell has had over 730 positive cases. It being two separate out breaks. Carswell, was caught with its pants down, and not prepared to adequactly care for all its Inmates.

They lack the Infrastructure and manpower to properly care for us. I (we) have been treated horribly, and tossed and moved, and mixed around the housing units as if we are not affected by this monstrous virus.



During the months of June 2020 - September 2020 I was Issued spoiled milk, rotten fruit, and spoiled lunch meat while on lockdown. As Inmates tested positive, they were taking out and quarantined, while staff allowed Non-positive Inmates to clean Infected rooms, This being done without proper PPE. Those Inmates cleaning would return back to there rooms and would expose their cell-mates. During the month of April 2020, FMC Carswell Failed to provide early adequate testing and PPE equipment, to staff and Inmates, After an Inmate died at an outside Hospital of Covid-19 (Andrea Bear Circle).

We have now been on this lockdown for over a year. It goes from lockdown, to modified with control movements back to lockdown. Staff Fails to communicate with one another, complicating matters even worse, and exposing Inmates to cross contamination, long lines for showers e-mails, and restrooms. Its absolutely no social distancing here, We can't social distance. Its Impossible in the High Rise buildings. Especially when we are crammed four to a room, in a two person cell. We are allowed so much personal space but Carswell do not adhere to Policy. This violating my eighth amendment Rights. I want this to act are be construed as me filing a 42. U.S.C. 1983 Bivens Lawsuit.

I started my remedies back in late 2019/early 2020 for Compassionate Release. Early 2020 I requested Home Confinement/Cares Act because I'm minimum custody. It was futile. All request was quickly denied. It was like the Warden didn't even read my request. I received the Same denial letter as everyone else. The Warden/staff refuses to release me/ and medically vunerable Inmates, The over crowded conditions here does nothing but help accelerate the already awful conditions. and the spread. I try my best to rely on the administrative remedy process, which I did state was futile. When I file my grievance about the poor health care, living conditions, sanitation, and Ill treatment, Our grievances go unmet, concerns or Ignored, paper work is sabotaged.

I contracted CoVID-19 on Jan 28, 2001 b/c of Carswell, Callous Indifferences to Health and Safety of Inmates, especially those with underlying medical Issues. They lacked the Inability to properly care for me. I have chronic asthma, hypertension, and I'm over weight. I also suffer from a rare neurological disorder. Since, I've been here, Its been delayed treatment for it. In June 2020, way before the numbers sky rocketed here, I was giving a direct order from staff to turn over my medically prescribed nebulizer machine. Which helps control and maintain my asthma. They were Indifferent toward me trying to retrieve it back. I still do not have it. My rescue inhale do not have lasting affect.

This whole experience has been very scary and traumatic for me. I don't want to die here. Carswell, has been so negligent in so many ways, that I care to count. Early on, they delayed Social distancing, now they wont social distance, High rise units. Its Impossible to Social distance. It being open. They are slow to disinfect. Staff refuse to wear mask early on, coming into the facility as if, the surrounding area was not affected by covid. If it was in the community. Then they exposed us, when they wouldn't wear a mask. At times, they would delay housing positive Inmate into quarantine because they were without a plan. Its a deeply Inhumane enviroment here, more sore because they fail to follow safety protocols recommended by CDC. Lockdowns contradicts CDC guidelines, when we are crammed 4 people to a two person cell, and some of the cell mates refuse to wear a mask. How can I maintain my health and wellness? Covid is a threat to people with underlying medical Issues. Yet, I'm exposed to mold, mildew, collapsed ceilings from pipes that leak and burst, spoiled food, rotten fruit, and spoil milk. Mice and Roaches run rampant in food service. This place is just deficient, and clearly fails its inmate populations

④

Back in July/August 2020. Thats when they began to mass test. It jumped to five hundred cases rather quickly. Still they delayed housing positive Inmates. Then with Inmates still sick with COVID, September rolls around they stopped the mass testing. It was like their convenience (staff) was more Important then our health. Inmates still Infectious well after the 14 day quarantine, Even though deemed recovered, was made to go back to work. We still feeling, fatigue Shortness of breath, Light headness/dizziness, and short winded. I had body aches something fierce. Even after my 14 day recovery, I was still on antibiotic's for a lung infection. I had no taste, and I still can't smell. I often feel fatigue, and winded.

When we went on lock down 1 North unit which is a part of the High rise building. It was the only unit back in June 2020 - Dec, 2020 that didn't have a major outbreak. In October 2020, it was decided that the Life Connections Program maybe losing its funding, so they needed head count. It was decided amongst staff to move all wait list people, active participants, and graduates to 2 South unit. I was a graduated, and had to move up to 2 south unit. I was outraged, and contested it. Out of fear of contracting the virus, and the mixing and mingling of Negative and positive Inmates. I was Ignored and told to pack and move. Unit 2 south had one of the worse outbreaks. We were all negative, I was negative in 1 North, now it was a forsure go to mix and mingle us for a program to keep funding. What about our health? Upon five of us moving From 1 North to 2 South we were not tested. Once we were moved in, Some of the former 2 south Inmates complained of chills, fever, fatigue, and head aches. I witness some coughing until they would throw up, Without any other options, The remedy process being futile. We adjusted to life in 2 south as best as we could

Come mid January 2021, the numbers here at F.M.C Carswell began to rise again very quickly. Only now it was affecting 1 North unit rapidly. Carswell was still with out a plan. On Jan. 14, 2021, 53 people tested positive for covid in 1 North on the 11th of Jan. 2021 eight-ten Inmates moved to 2 south to start the L.C.P program. (Why they didn't move back in Oct. 2020 is unclear to me.) I graduated the program almost five years prior. (Why move me in the middle of a Pandemic. when we can't social distance any way?) The ladies from 1 North were never tested on the 11th before they moved over to 2 South.

Then on the night of the 15th two Inmates fell sick in 2 South on the morning of the 16th. (Holiday weekend M.L.k. Birta day observed) we were told we had a positive Inmate in our unit. Even then we were denied prompt testing. That Inmate was amongst us for hours before they actually quarantined her. On the 19th of January which was that Tuesday, they came in and only wanted to test the negative Inmates only. It was a total of 25, me Included. I administered my own test and saw my results. I was Negative. 7 out of the 25 who were tested confirmed positive. all Seven were from unit 1 North that moved in on the 11th. They just exposed all of unit 2 South with covid. Keep in mind they were around us that whole week sick. On Jan 21, 2021 107 people tested positive for covid- in 1 North. That same evening they began to mix and mingle the whole High Rise around. It was decided 1 North it being the bigger unit in the High rise it would act as the "Positive Unit". 2 South unit was already underway for its 14 day Quarantine b/c of the Inmates that tested positive on the 19th. Everything change without notice. All positive inmates were ushered to 1 North. 2 South quarantine was ended, and it was decided 2 South was now a "Recovered Unit" only after a few Days.

Unit Management) Team then came in shortly before the 4 p.m. count and told us, that a few people would move in. That was odd to me because we were on lockdown/quarantine. All of a Sudden the officer came out with a list and called the names of like twenty people. My name was called. We were told, we would be moving. We were going to be moved to the ROAP unit, which had positive cases as well. They moved all of 1 south Inmates who were positive to 1 North as well. Once again, I contested it. To no avail. I had to move to 1 South, an Infected unit. While packing up in 2 south to move to 1 South. Inmates exposed to to positive Inmates in 1 North began to move in while we were still there. Then came 2 North Inmates. We found out 2 south would become an recovered unit. You can only live there if you had covid, or got the first shot/vaccination. Upon moving to 1 South. They failed to clean and disinfect it, knowing confirmed positive cases was just there prior to us moving in. It was 100 total of us who had to move. Once again they crammed us four to a room in the first 10-12 rooms on each side, and the Inmates that was left, they filled the two bustops. Days later, I found out it was a total of twenty empty rooms that they could have used to space us out and they didn't. They also had two large bus tops upstairs they could have placed us in to social distance. They refuse to use the extra space and rooms they did have. Upon that move the Captain said it was only to be for 14 days for our protection to keep us negative.

Well, on the 27th of Jan. Unit Manager McNeary came into unit 1 South and gave a town hall meeting. He told us we were on a complete lockdown, It would be no commisary, we would be restricted to 5 min. phone calls, and that we would stay until we contract the virus or change our mind

and get vaccinated. I couldn't believe what I had just heard, so I went to mr. mc Neary and asked him did I hear him correctly, He asked me, "what do you want me to do?" We don't have a solid plan, every thing is liquid."

I told him since this is the only medical facility in the country for women, and since he had a seat at the table, to go back, and they should review all medically vonerable Inmates and at least grant them Home Confinement until they get the situation under control. The next day, I was told I was positive, I asked to see my results and was told "No". I was then told to pack up, I would be moved to 1 North. I know I wasn't positive. I strongly feel it was because I spoke out about the Inhumane conditions and the lack of basic necessity, and the fact I was told I would be locked away until I contracted the virus. I was pissed, So I spoke up. I can't prove I didn't have it, but I strongly feel that I didn't test positive, and that they were being spiteful and through me in a snake pit. (1 North). Knowing I would contract the virus.

Around seven oclock on the 28th I felt really ill. I began to experience, fever, chills, and dizziness. This went on for days. Eventually I loss my taste and smell. Sick call was a joke and absolutely worthless doing my Quarentine periods. When I was positive I wasn't given Necessary medical care. Staff treated us like we had the plague. While suffering I only got Tylenol to alleviate my aches, chills, and Fevers. After being persistant I was given Mucinex, then come to find out I developed a lung Infection and had to be given an antibiotic in hopes it would not turn into a bacterial Infection, I had to really fight just to be seen. The office would call medical, and tell them I had Fever or shortness of breathy, The office was told, "We will try to get over there to check on her. It never happened.

They would come into 1 North knowing we were sick and all positive, Sick call would refuse to see us. They only wanted to clear Inmates that had done the 14 day quarantine so they could move them out and move in. On my tenth day of quarantine in 1 North. I was moved again to the Hospital Area of the Prison to an area called SA. I was there for two days. I did not understand that move, to only be moved back to 1 North upper tier when I'm no climbing. Originally, I was on a lower tier.

They moved some back to 2 South and 2 North deemed them recovered, but they claim they forgot about me when It came to the move. I moved back to 1 North on Fri. Jan. 12, 2021 I am bottom bunk, no climbing. Now back on 1 North I half to climb stairs to get to my room which is on the upper tier. The restrooms are awful upstairs. Its mold and mildew everywhere. Making my recuperation even harder while we stand in line for the showers Condensations falls on us. I'm asthmatic, and I'm subjected to molded filled showers.

As Winter Storm Uri Hit, Carswell was still unprepared Recovering from covid is not easy when its no heat, no water and contaminated recycled air. We had no drinking water for over seven hours on Feb, 14, 2021, We were on a boil water order. This Facility never informed us. They issued us two bottles on the 20th of Feb. It stopped on Feb, 23, 2021 From the 14th-20th early that morning no fresh water was giving until lunch time on the 20th Feb. During this time We also had a pipe burst in the downstairs restroom. Inmates cleaned it up. No, gloves or proper PPE Issued, Water from the commodes was up to the Inmates ankles. I was glad I couldn't smell. I know I was breathing in toxins from waste

Staff is trying to say it was from a sprinkler system. That was a totally different and separate issue. The pipe that burst sent sewage water all in several inmates rooms. It was awful. They turned the water off without notice. We basically had to fend for ourselves, It being a holiday weekend as well. When the pipe burst, shortly after a sprinkle system went off hours later so they had to turn the water off. I get that. No drinking water was brought in during that time. We had no way to flush commodes, after restroom use, people couldn't sanitize their hands. After awhile toilets were full to the bream, We couldn't Flush them, Inmates began to poop in bags and line them up in the shower area. Over 120 large trash bags of Trash from the unit was stored by the elevator door. Elevators are broken, and have been for months. So wheelchair and walkers Inmates can't move from point A to point B

After 4-5 hours of toilets being filled with urine and fecal waste, an officer allowed several Inmates to go to the hospital area of the facility to get water to Flush the commodes. They filled backed up just as quickly as they flushed them. Inmates that defecated in bags came out and didn't sanitize their hands, we had no source. Its beyond cruel and unusual punishment,

We were issued frozen dinners. The kitchen is rat and mice Infested. Meals are meager. We have been on a sack lunch diet for over a year. Then they question us as to why our blood pressure, is high The cold cuts they give are packed with Sodium + when the heat was out we were given spill blankets to combat Frigids Temperatures.

F.M.C. Carswell is the only designated facility for women who are Incarcerated for medical/mental conditions. Its the absolute worse, and the poor living conditions are so foul, I am subjected to cruelty day in, and day out. Its no accountability, and no one to police the police.

I've never felt so powerless in my life. I am trapped in a COVID-Pit. Its an optimal enviroment for the fast spread of contagious disease, like parasites, bacterial Infections, and or even being re-infected by COVID-19. Cross contamenation runs rampant here. Its so unethical, Immoral, and cruel what I am being subjected, too

The Warden refuses to releases me, knowing I have several underlying medical Issues. Its been one awful Pandemic after another one.

Carswell, has failed to protect me. They have knowingly placed my health in peril, and my life in danger. It is totally unacceptable and thats why I'm bringing forth this Lawsuit. I would like to be release, and I would like the sum of $500,000.00 for the gross Negligence, Deliberate Indifference, Failure of not having coherent Plan, Cruel and unusual Punishment, and Failure to grant me Home Confinement, and negligantly allowing me to contract the monstrous Covid virus, knowing I had underlying medical Issues. Also I don't know how the virus will continue to affect me. I still have lingering headaches, chills, dizziness, Fatigue, and wheezing. I'm easily winded and have short Ness of breath

Pursuant to 28 U.S.C. 1746, I delore, certify, verify and state under penalty of perjury that the above statements is true and correct

Holli Wm 35364-044

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:   35364-044                    Inmate Name:   WRICE, HOLLI

### Housing Status

___ confined to the living quarters except ___meals ___pill line ___treatments    Exp. Date: _____

___ on complete bed rest; _____ bathroom privileges only    Exp. Date: _____

**X** cell: ___cell on first floor ___single cell **X** lower bunk ___airborne infection isolation  Exp. Date: __02/22/2022__

___ other: _____    Exp. Date: _____

### Physical Limitation/Restriction

___ all sports    Exp. Date: _____

___ weightlifting: ___upper body ___lower body    Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball    Exp. Date: _____
___football ___basketball ___handball ___stationary equipment

___ other: _____    Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Personal Adaptive Equipment | 08/07/2020 | 12/31/2020 | |
| Left Thumb splint | | | |
| Brace - wrist | 05/27/2020 | 05/27/2021 | |
| left large thumb spica | | | |
| Eye Glasses | 05/24/2017 | | |
| Brace - knee | 08/23/2016 | 09/03/2021 | |
| Left knee Ace wrap Issued 02/18/2020. | | | |
| Eye Glasses | 04/12/2016 | | |
| Nebulizer  *Took my machine back in July 2020* | 02/26/2016 | | |
| Eye Glasses | 07/23/2013 | | |

### Work Restriction / Limitation:

Cleared for Food Service: __Yes__

| Restriction | Expiration Date |
|---|---|
| No Work with Dust, Chemicals or Irritants *- mold - mildew / dust leaky ceiling to west* | |
| No Ladders | |
| No Climbing *- I am no climbing. After I contracted covid they hou me on upper tier in 1 North* | 02/22/2022 |

**Comments:**   may have icepack in possession expires 08/24/2020
To be further reviewed with lower bunk committee

_____         _____
        **Okoh, Chucky FNP-C**                           **02/22/2021**
Health Services Staff                                      Date

Inmate Name: _____**WRICE, HOLLI**_____   Reg #: ___**35364-044**___   Quarters: __**H02**__

***ALL EXPIRATION DATES ARE AT 24:00***

Date:    03/12/2021                                                    Location: CRW
Time:    06:18:25 AM

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS

## Request for Withdrawal of Inmate's Personal Funds

CRW-H-N, 35364044 - WRICE, HOLLI

| Encumbrance No.:  2684 |
| --- |

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
**States Courthouse, United**
**501 W 10TH ST**
**room 310**
**FORT WORTH**
**TX 76102**
**United States**

Purpose:  **Legal Fees**
Check Memo:

_(Signature of Inmate)_

35364044 - WRICE, HOLLI
_(Inmate Register No./Name)_

_(Signature of Approving Official)_

_(Signature of Deposit Fund Tech)_          _(Payment #)_

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008



From
Federal Medical Center Carswell
P.O. Box 27137
Fort Worth, Tx 76627

United States Courts
501 W. 10th Street Room 310
Eldon Blahon
Fort Worth, Tx 76102

CERTIFIED MAIL

7020 1810 0000 3880 0440

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2021 MAR 18 PM 2:02

DEPUTY CLERK